# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD W. TIERNEY, <br><br> Defendant, <br><br> and <br><br> DEKALB COUNTY BOARD OF EDUCATION, <br><br> Garnishee. | 1:99-mi-0151-WSD-LTW |

## OPINION AND ORDER

This matter is before the Court on Magistrate Judge Linda T. Walker's Report and Recommendation ("R&R") [27] regarding the United States's Motion for Entry of Final Disposition Order in Garnishment and for Recovery of Surcharge [26]. Defendant has not filed a response in opposition or objections to the R&R.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify a magistrate

judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party."  Jeffrey S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990) (internal citations omitted).  "It is critical that the objection be sufficiently specific and not a general objection to the report."  Macort v. Prem, Inc., 208 Fed. App'x 781, 784 (11th Cir. 2006).  With respect to the findings and recommendations to which objections have not been asserted, the Court must conduct a plain error review of the record.  United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984).  Neither party has objected to the Report and Recommendation, so the Court reviews it for plain error.

     Upon careful review, the Court finds no plain error in the Magistrate Judge's findings and recommendations.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS** Magistrate Judge Walker's Report and Recommendation [27] as supplemented by this Opinion and Order.

**IT IS FURTHER ORDERED** that the United States' Motion for Entry of Final Disposition Order in Garnishment and for Recovery of Surcharge is **GRANTED**. DeKalb County Board of Education, the Garnishee, shall pay to the United States of America the lesser of 1) twenty-five percent (25%) of Defendant's disposable earnings or 2) the amount by which Defendant's disposable earnings exceed thirty (30) times the federal minimum hourly wage, with said amounts to be withheld from Defendant's pay.[1] These payments shall date back to the date the Garnishee was served with the Writ of Continuing Garnishment and shall continue from hereon, to be made at the same time employee is paid. Payment from the Garnishee as provided in this Order shall continue until the debt to Plaintiff United States is paid in full or the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant or until further order of this Court.

---

[1] "Disposable earnings" are those earnings remaining after deductions of any amount required by law to be withheld, such as social security and withholding taxes.

**IT IS FURTHER ORDERED** that any amounts which Garnishee may be holding pursuant to the Writ of Continuing Garnishment shall immediately be turned over to the Plaintiff United States.

**IT IS FURTHER ORDERED** that Defendant is assessed a surcharge of ten percent (10%) of the amount of the debt owed at the time of the Application for Writ of Garnishment, and taxed the additional costs of this action against him, including the marshal's costs for serving the Writ.

**SO ORDERED** this 13th day of January, 2009.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE